# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: Ramon E. Reyes
DATE: 7/14/2023
DOCKET NUMBER: 23-CR-278(NRM)
LOG #: 11:59 - 12:21
2nd. 2:28 - 2:40.

DEFENDANT'S NAME: Iffat Lubna
__X__ Present ____ Not Present __X__ Custody ____ Bail

DEFENSE COUNSEL: Noam Biale
____ Federal Defender __X__ CJA ____ Retained

A.U.S.A: Stephanie Pak
CLERK: M. Sica

Interpreter: Mohammed Rahman (Language) Bangladesh

____ Defendant arraigned on the: __ indictment __ superseding indictment __ probation violation
__ Defendant pleads NOT GUILTY to ALL counts.
__X__ DETENTION HEARING Held. ____ Defendant's first appearance.
____ Bond set at _____ Defendant ____ released ____ held pending satisfaction of bond conditions.
____ Defendant advised of bond conditions set by the Court and signed the bond.
____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
____ (Additional) surety/ies to co-sign bond by _____
____ After hearing, Court orders detention in custody. ____ Leave to reopen granted
____ Temporary Order of Detention Issued. Bail Hearing set for _____
____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
____ Order of Excludable Delay/Speedy Trial entered. Start ____ Stop ____
____ Medical memo issued.
____ Defendant failed to appear; bench warrant issued.
____ Status conference set for ____ @ ____ before Judge ____

Other Rulings: Contested Bail application held. Defense presented a bail application as stated on the record. The Government opposed as stated on the record. The Court denied the bail package. The defendant remains in detention. Defense requested to appeal the Court's decision to the District Judge. Defense presented 5 sureties. A property was not proposed.