**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

ABU CHOWDHURY, *et al.*

Defendants.

23-CR-278 (NRM)

**NOTICE OF IFFAT LUBNA'S PRETRIAL MOTIONS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Noam Biale, and Exhibit A attached thereto, defendant Iffat Lubna by and through her undersigned attorneys, Sher Tremonte LLP, respectfully moves this Court before the Honorable Nina R. Morrison, United States District Judge, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order: (1) suppressing statements made by Ms. Lubna after her invocation of her right to remain silent, pursuant to *Miranda v. Arizona*, 384 U.S. 436 (1966); and (2) directing the government to file a bill of particulars, pursuant to Federal Rule of Criminal Procedure 7(f).

Dated: May 30, 2025
New York, NY

Respectfully submitted,

SHER TREMONTE LLP

By: */s/ Noam Biale*

Noam Biale
Neesha Chhina
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
Fax: 212.202.4156
E-mail: nbiale@shertremonte.com

*Attorneys for Iffat Lubna*