**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>ABU CHOWDHURY, et al.<br><br>    Defendants. | 23-CR-00278 (NRM) |

## <u>DECLARATION OF NOAM BIALE IN SUPPORT OF DEFENDANT IFFAT LUBNA'S PRETRIAL MOTIONS</u>

I, NOAM BIALE, an attorney admitted to practice before this Court, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner at the law firm Sher Tremonte LLP, counsel to defendant Iffat Lubna in the above-captioned action.

2.      I respectfully submit this declaration in support of Iffat Lubna's pretrial motions.

3.      On August 4, 2023, the government made a production of Rule 16 discovery specific to Ms. Lubna in connection with this proceeding. The production cover letter included a subheading for "Statements of the Defendant," which referred to an interview of Ms. Lubna conducted on July 10, 2023 at 26 Federal Plaza, with the assistance of an interpreter. The interview was recorded on video and provided to the undersigned in a file Bates stamped EDNY_000049. The total length of the video is three and a half hours, though the interrogation does not begin until fifty-seven minutes in.

4.      In connection with Ms. Lubna's pretrial motions, our office transcribed and translated excerpted portions of the interrogation recorded in EDNY_000049. A true and accurate copy of this transcription and translation is attached hereto as **Exhibit A**.

1

5.      In advance of filing Ms. Lubna's pretrial motions, counsel for Ms. Lubna shared a copy of Exhibit A with the government, to permit the government an opportunity to respond with any concerns and, if necessary, propose alternative language.

6.      In its response, the government did not identify any issues with the translation. The government further confirmed that it has not yet created its own, independent translation of the interrogation video.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York                                   */s/ Noam Biale*
      May 30, 2025                                         Noam Biale