# EXHIBIT A

Translation of Excerpts of Iffat Lubna's July 10, 2023 Interview with FBI Agent & NYPD Detective [EDNY_000049]

| Time Stamp | Transcript of Interview[1] |
|---|---|
| | **[…]** |
| 1:16:02 | **Interpreter** – I don't know the brand name of the car. |
| | **Lubna** – Cause *he offered me to take Uber.* |
| | **NYPD** – Wait wait wait I'm going to get to get to what happened. |
| | **Lubna** – *He gave me an Uber.* |
| 1:16:12 | **Interpreter** – *We are trying to better understand this matter. Actually, if you cooperate with us in every way, in all info, it will be good for you and it will be good for us. Then—* |
| | **Lubna** – *I—* |
| 1:16:26 | **Interpreter** – *Which car did you all go in? The place you went to. Okay. What color car did you go in? That's his question.* |
| 1:16:35 | **Lubna** – Actually, I don't know cause *he offered to Uber me, then I said you don't have to Uber me I will Uber to come.* |
| | **NYPD** – Hold on hold on. |
| | **[…]** |

[1] Text appearing in *red italics* is used to identify conversation between Ms. Lubna and the Interpreter that was spoken in Bangla, which has been translated here from Bangla to English.

1

Translation of Excerpts of Iffat Lubna's July 10, 2023 Interview with FBI Agent & NYPD Detective [EDNY_000049]

1:42:18  **NYPD** – I may understand, I can understand that if, if it's your, if this is something Abu did by him, you know, like this is his own idea. That's something that you need to tell me. You know, if you're—

1:42:31  **Interpreter** – *You are being asked that is this Abu's conspiracy or is this both of your conspiracy together?*

**Lubna** – Cause *I don't know anything about all this.*

**Interpreter** – *That's what we're saying, if you don't know, that's one thing, that you understand what will happen. And if this is only his idea then it will be his punishment. You understand?*

**Lubna** – I don't know anything.

**[…]**

1:50:53  **NYPD** – Hold on. You already lied to me three times. Can you tell her that—you lied to me.

**Interpreter** – Y*ou lied three times already don't lie anymore and bring more danger your way, you wait a little I will tell you the story.*

**[…]**

1:54:16  **Interpreter** – *We are not saying these are your fault, let's not do this with me. Listen, I came here to translate. What they are trying to explain to you I am explaining.*

**Lubna** – *Yes.*

**Interpreter** – *You listen first and then.*

**Lubna** – Cause *as far as I know,* I know little bit.

2

**Translation of Excerpts of Iffat Lubna's July 10, 2023 Interview with FBI Agent & NYPD Detective [EDNY_000049]**

**Interpreter** – Okay [inaudible].

**Interpreter** – *At this time just talk to me. Let me explain to you the story, then if you have questions you ask.*

**NYPD** – So what'd she say?

**Interpreter** – Um, no. She said no, this guy is blackmailing me so many thing. Uh, but I tell her to stop because I'm gonna help you to memorize. Whatever I have and whatever your side, so, and then you can get back to us. So give me few time and I tell her to stop, like, you know, questioning from now.

**NYPD** – You wanna write something out?

**Interpreter** – Ummm, yeah, I'll take this pen and paper if she has anything. Oh, that's fine. You know I—

**NYPD** – You good.

**Interpreter** – I can go over here that's fine.

1:55:15    **Interpreter** – *After you text messaged or whatever it might be with him, you wanted to meet with him in front of the Dera restaurant. Okay you met him got it. After meeting you took him in the car, you try to remember these things. After taking him in the car, he was punched in the car. Then you broke his phone. And then there was bickering, and then he was taken to the hotel. You went to a separate room in the hotel and he went into a separate room. Then in this picture it shows. What happened after, when you leave the hotel it shows that these same people [pointing to pictures] got back in the same car. And now, we need to know some things to understand what actually happened. Sometimes, there are pictures and videos, but we don't have everything. Since you were there, to the extent you know.*

**Lubna** – *I told you as far as I know.*

**Translation of Excerpts of Iffat Lubna's July 10, 2023 Interview with FBI Agent & NYPD Detective [EDNY_000049]**

1:56:25    **Interpreter** – *Okay but don't lie. Don't lie because you said you left with your husband, but you did not. Don't tell lies like this because you will be punished for each additional lie you say. Whatever you said earlier, do not say it again.*

1:56:43    **Lubna** – *I don't want to talk anymore.*

**Interpreter** – *That's your wish but tell us to the extent that you know, if you don't know [inaudible]—*

**Lubna** – *I told you as much as I know* cause suddenly like *he threatened me.*

1:56:55    **Lubna –** He is threatening on me.

**Interpreter** – *That we heard.*

**Lubna –** And I am not a touchy person. And he also like try to like like slangly/physically, like too much. Not much its too much.

**Interpreter –** So umm how long he is he is like *meaning bothering you like this? How like how many days?*

**Lubna –** Like *since I was admitted to that college. And I attended class continuously.* Cause I'm a good student. I, I told you right? So.

1:57:37    **Interpreter –** Pretty much I explained.

**Lubna** – *I don't know a lot of things.*

**Interpreter –** Uh, she has she wanted ask few question, like the same way.

**Lubna** – *I don't know a lot of things.*

**Interpreter –** Um, so I'm gonna go back to translating whenever she has a question and you guys have a question, but I memorize all this.

1:57:58    **Interpreter** – *You take a look at this again.*

**Interpreter –** Uh, so we got quiet for like two, three minutes.

1:58:04    **Interpreter** – *We will be quiet for two three minutes. You try to refresh your memory, okay?*

**Lubna** – *My memory [inaudible] I told you as far as I know, I have nothing else inside of me. You all can hit me cut me.*

**Interpreter** – *No no no no there is no hitting and cutting.*

1:58:17    **Lubna** – *Now you ask my husband, see what he says.*

**Interpreter –** She's okay. She say you can ask my husband.

**Interpreter** – *That—*

**Lubna** – *I told you as much as I know.*

**Interpreter** – *That will be asked no problem.*

**FBI –** She okay?

**Interpreter –** Yes, she is okay she is saying you can ask my husband too.

5

**[All participants are silent from 1:58:33 – 2:00:32]**

2:00:33    **NYPD** – Sorry. So, I want to make sure we're clear. Do you understand the incident that we're talking about?

**Interpreter** – *Do you understand the whole story?*

**Lubna** – Hmm [nods].

**Interpreter** – Yeah, I understand.

**NYPD** – Okay. And what you're about to tell me is the best recollection you have from this, from this night?

**Interpreter** – *Do you think you can give us a true sense of the whole matter?*

**Lubna** – *I told you [inaudible]—*

**Interpreter** – *What did you say.*

**Lubna** – *I told you what I know.*

**Interpreter** – I told you whatever I know.

2:01:10    **NYPD** – Okay. So you, did you explain to her or did she explain to you kind of what transpired [inaudible]—

**Interpreter** – No, I, I tried to give her some.

**Lubna** – I'm feeling cold I told her like first.

**NYPD** – Do you have jacket?

**Lubna** – Yeah, I, I need.

**NYPD** – You have come in with one? Do you have one?

**FBI** – She doesn't have one, but I can grab.

*[Discussion about jacket from 2:01:34 – 2:01:49 omitted]*

2:01:50    **NYPD** – Um, so I'm just gonna show you a video.

**Interpreter** – *He is going to show you video, take a look can you see the video?*

**NYPD** – Who's that?

**Interpreter** – *Who is this individual?*

**Lubna** – Can you [inaudible]—

**NYPD –** This one.

**Lubna –** No no just pause.

**NYPD –** Who's this?

**Lubna** – That's my husband.

**NYPD –** That's your husband. So who is that?

Translation of Excerpts of Iffat Lubna's July 10, 2023 Interview with FBI Agent & NYPD Detective [EDNY_000049]

**Interpreter** - *Who is this individual?*

2:02:30          **NYPD –** Let's see what happens.

**[…]**