Federal Defenders
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY 11201 Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

June 4, 2025

**Via ECF and Email**
Hon. Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Abu Chowdhury, et al.*, 23-cr-278

Dear Judge Morrison:

I write jointly with counsel for Ms. Lubna, and with the consent of the government and Pre-trial Services, to request permission for Ms. Lubna and Mr. Chowdhury to leave their home from 7:45am through 8pm to attend a variety of activities for the upcoming religious holiday, Eid al-Adha, currently predicted to fall on June 6 or 7, 2025.[1] Ms. Lubna is currently subject to a more restrictive curfew and Mr. Chowdhury is currently subject to home detention.

Ms. Lubna and Mr. Chowdhury would like to participate in the following activities with their family on Eid: morning prayer at their mosque, followed by a visit to a Mr. Chowdhury's father's gravesite for additional prayer, followed by a celebratory family meal at Mr. Chowdhury's grandfather's home, and lastly with a trip to the park for their son. The names and addresses of each of these locations have been provided to Pretrial Services and the government, who have no objection to this request.

Respectfully submitted,

/s/
Kathryn Wozencroft
Attorney for Abu Chowdhury

cc: AUSA Stephanie Pak
AUSA Vincent Chiappini
USPTO Valeria Lopez
Noam Biale, Esq.

---

[1] The Islamic calendar follows the lunar cycle, and the date on which Eid falls is determined by the sighting of the moon. As soon as the exact date is determined, Mr. Chowdhury and Ms. Lubna will alert Pretrial Services.