# EXHIBIT A

## Faiza Chowdhury

| | |
|---|---|
| **From:** | Tannen, Joshua (USANYE) <Joshua.Tannen@usdoj.gov> |
| **Sent:** | Monday, March 2, 2026 6:56 PM |
| **To:** | Noam Biale; Pak, Stephanie (USANYE); Chiappini, Vincent (USANYE) |
| **Cc:** | Katie Renzler; SUSAN KELLMAN; Jacqueline Cistaro; Kestine Thiele; Grubin, Andrew (USANYE) |
| **Subject:** | RE: Lubna/Choudhury |

Hi Noam,

As stated in the letter, we have no additional discovery, aside from what's publicly available on PACER, about John Doe-2's prior convictions other than the complaint we produced today.

Best,
Josh

**From:** Noam Biale <NBiale@shertremonte.com>
**Sent:** Monday, March 2, 2026 6:32 PM
**To:** Tannen, Joshua (USANYE) <Joshua.Tannen@usdoj.gov>; Pak, Stephanie (USANYE) <Stephanie.Pak@usdoj.gov>; Chiappini, Vincent (USANYE) <Vincent.Chiappini@usdoj.gov>
**Cc:** Katie Renzler <KRenzler@shertremonte.com>; SUSAN KELLMAN <sgk@kellmanesq.com>; Jacqueline Cistaro <jec@cistarolawfirm.com>; Kestine Thiele <kestine@kthielelaw.com>; Grubin, Andrew (USANYE) <Andrew.Grubin2@usdoj.gov>
**Subject:** [EXTERNAL] RE: Lubna/Choudhury

Hi Josh,

My question that you didn't respond to is important for our position on the letter. Is it your representation that the only information in the possession of the government about Mr. Islam's criminal history is the existence of the N.D. Ohio and SDNY cases and this Town of Warwick complaint? If that's the case, so be it (though seems unlikely). If you know more, then our position would be that you have not made full disclosure.

Noam



**Noam Biale**
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com



This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Tannen, Joshua (USANYE) <Joshua.Tannen@usdoj.gov>
**Sent:** Monday, March 2, 2026 6:14 PM
**To:** Noam Biale <NBiale@shertremonte.com>; Pak, Stephanie (USANYE) <Stephanie.Pak@usdoj.gov>; Chiappini, Vincent (USANYE) <Vincent.Chiappini@usdoj.gov>

1

**Cc:** Katie Renzler <KRenzler@shertremonte.com>; SUSAN KELLMAN <sgk@kellmanesq.com>; Jacqueline Cistaro <jec@cistarolawfirm.com>; Kestine Thiele <kestine@kthielelaw.com>; Grubin, Andrew (USANYE) <Andrew.Grubin2@usdoj.gov>
**Subject:** RE: Lubna/Choudhury

Hi Noam,

Yes, we will incorporate the parties' agreement as to defense discovery into our letter. As to John Doe-2's criminal history, we will plan to file the letter as is by around 9 p.m., unless either defendant's counsel lets us know that there is something you want us to include, in light of the Court's direction that we file the update as a joint status letter.

Best,
Josh

**From:** Noam Biale <NBiale@shertremonte.com>
**Sent:** Monday, March 2, 2026 5:09 PM
**To:** Tannen, Joshua (USANYE) <Joshua.Tannen@usdoj.gov>; Pak, Stephanie (USANYE) <Stephanie.Pak@usdoj.gov>; Chiappini, Vincent (USANYE) <Vincent.Chiappini@usdoj.gov>
**Cc:** Katie Renzler <KRenzler@shertremonte.com>; SUSAN KELLMAN <sgk@kellmanesq.com>; Jacqueline Cistaro <jec@cistarolawfirm.com>; Kestine Thiele <kestine@kthielelaw.com>; Grubin, Andrew (USANYE) <Andrew.Grubin2@usdoj.gov>
**Subject:** [EXTERNAL] RE: Lubna/Choudhury

Thanks, Josh. Can you incorporate our agreement into your letter? Does not seem necessary to file a separate letter.

Regarding John Doe-2's criminal history, we are not sure what you mean by our position. One question we did have, though, is that we've noticed there are no notes or 302s in the 3500 material regarding his prior convictions. Are we to infer from that that he never told you about them and you learned of them independently?

Noam



**Noam Biale**
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com



This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Tannen, Joshua (USANYE) <Joshua.Tannen@usdoj.gov>
**Sent:** Monday, March 2, 2026 5:04 PM
**To:** Noam Biale <NBiale@shertremonte.com>; Pak, Stephanie (USANYE) <Stephanie.Pak@usdoj.gov>; Chiappini, Vincent (USANYE) <Vincent.Chiappini@usdoj.gov>
**Cc:** Katie Renzler <KRenzler@shertremonte.com>; SUSAN KELLMAN <sgk@kellmanesq.com>; Jacqueline Cistaro <jec@cistarolawfirm.com>; Kestine Thiele <kestine@kthielelaw.com>; Grubin, Andrew (USANYE)

<Andrew.Grubin2@usdoj.gov>
**Subject:** RE: Lubna/Choudhury

Hi Noam,

We agree with your proposal for defense discovery deadlines.  We note that the prior statements of any defense witness should include notes of the witnesses' statements made during trial preparation meetings.

Attached is our status update on discovery regarding John Doe-2's criminal history and a document we are producing in connection with that status update.  If you can please let us know your position, we can incorporate it into the letter.

Thank you.

Best,
Josh

**From:** Noam Biale <NBiale@shertremonte.com>
**Sent:** Monday, March 2, 2026 10:25 AM
**To:** Tannen, Joshua (USANYE) <Joshua.Tannen@usdoj.gov>; Pak, Stephanie (USANYE) <Stephanie.Pak@usdoj.gov>; Chiappini, Vincent (USANYE) <Vincent.Chiappini@usdoj.gov>
**Cc:** Katie Renzler <KRenzler@shertremonte.com>; SUSAN KELLMAN <sgk@kellmanesq.com>; Jacqueline Cistaro <jec@cistarolawfirm.com>; Kestine Thiele <kestine@kthielelaw.com>
**Subject:** [EXTERNAL] Lubna/Choudhury

Hi All,

We have two joint letters due the court today.  The first is on scheduling of defense productions of Rule 16(b) and 26.2 material.  For that, we propose that we produce any exhibit that will not be used solely for impeachment with two days' notice before a witness testifies and, if a defendant calls a witness, that the defendant  provide prior statements two days before that witness's testimony—this is the schedule that the court (Judge Matsumoto) ordered in *United States v. Smothers*, 652 F. Supp. 3d 271, 308 (E.D.N.Y. 2023).  Similarly, we will provide any Rule 16(b) material two days before any defense case.

On the second letter, which is about disclosure of John Doe-2's criminal history, the ball is in your court.  Let us know how you want to proceed with that.

Noam



**Noam Biale**
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com



This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.