# SHER TREMONTE LLP

April 16, 2026

**BY ECF**

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *United States v. Abu Chowdhury, et al.,* **23-cr-278 (NRM)**

Dear Judge Morrison:

We represent Iffat Lubna in the above-referenced matter. We write, with the consent of the government, to respectfully request the following schedule for our post-trial motions, which we are proposing to accommodate various scheduling issues of the undersigned and of government counsel who will be trying this case in the June trial:

- Ms. Lubna's opening brief due July 8, 2026;
- Government opposition due August 7, 2026;
- Reply, if any, due August 21, 2026.

We respectfully request that the Court so-order the above schedule.

Respectfully submitted,

*/s/Noam Biale*
Noam Biale
Katie Renzler
SHER TREMONTE LLP

*Attorneys for Iffat Lubna*

cc:     All counsel (by ECF)